| | |
|---|---|
| Defendant: | **Place Services Incorporated** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $92,308.74 | 2/3/2023 | 517-22-02 | 7/30/2022 | $15,209.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $92,308.74 | 2/3/2023 | 517-22-01 | 8/31/2022 | $49,210.54 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/3/2023 | $92,308.74 | 2/3/2023 | 1131-02-21R | 6/25/2022 | $27,889.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112703 | $51,202.51 | 2/24/2023 | 319-21-02 | 6/25/2022 | $51,202.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113160 | $26,285.78 | 3/13/2023 | 55-22-02 | 7/30/2022 | $26,285.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113412 | $23,167.50 | 3/27/2023 | 514-22-02 | 10/31/2022 | $23,167.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113590 | $18,511.67 | 4/6/2023 | 1117-22-02 | 12/31/2022 | $18,511.67 |

**Totals:**   **5 transfer(s),   $211,476.20**