**Defendant:** **Place Services Incorporated**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101188 | $197,005.76 | 4/6/2023 | 3140-22-03 | 8/31/2022 | $197,005.76 |
| **Totals:** | **1 transfer(s),** | **$197,005.76** | | | | | |